# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Middle District of Florida

Case Number: 6:22-CV-01434-CEM-LHP

Plaintiff: HOWARD COHAN

VS.

Defendant: REFLECTLIVE INC., A FLORIDA PROFIT CORPORATION D/B/A CULVER'S OF PALM BAY RD

MLS2022003998

For:
Gregory Sconzo*
Sconzo Law Office, P.A.
3825 PGA Boulevard
Suite 207
Palm Beach Gardens, FL 33410

Received by MULBERRY LEGAL SERVICES, INC. on the 30th day of August, 2022 at 10:36 am to be served on REFLECTLIVE INC. BY SERVING ITS RA, CHRISTOPHER CZAPLICKI, 950 MALABAR RD SW, STE 110807, PALM BAY, FL 32911.

I, RONALD BALLMAN, do hereby affirm that on the **2nd day of September, 2022 at 10:40 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; PROOF OF SERVICE; COMPLAINT; ORDER; SCHEDULING ORDER; EXHIBIT A, INTERROGATORIES; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **TATIANA BUCY** as **MANAGER ON DUTY** for **REFLECTLIVE INC.**, at the address of: **CULVER'S, 4355 NORFOLK PARKWAY, WEST MELBOURNE, FL 32904**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
SERVICE WAS ATTEMPTED ON 8/31/22 @ 10:45 AM AT 950 MALABAR ROAD SW, SUITE 110807, PALM BAY, FL 32911. THE GIVEN ADDRESS IS THE UNITED STATES POST OFFICE. NO LEGAL DOCUMENTS CAN BE SERVED AT THIS LOCATION. SERVICE WAS EFFECTED AT 4355 NORFOLK PARKWAY, WEST MELBOURNE, FL 32904.

**Description** of Person Served: Age: 30, Sex: F, Race/Skin Color: White, Height: 5'8", Weight: 150, Hair: Brown, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury, I declare that I have read the foregoing document, and that the facts stated in it are true. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525(2).

RONALD BALLMAN
410

MULBERRY LEGAL SERVICES, INC.
2101 Vista Parkway
Suite 103
West Palm Beach, FL 33411
(561) 624-0526

Our Job Serial Number: MLS-2022003998
Ref: 30183

Copyright © 1992-2022 Database Services, Inc. - Process Server's Toolbox V8.2i